# Schedule of.. EMC Mortgage Payments – Loan Number 0014366413

July 2009   $700.00 via Western Union

August 2009  $678.73 via Western Union

September 2009 $678.73 via Western Union

October 2009 $678.50 via Western Union

November 2009 $678.50 via Western Union

December 2009 $678.00 via Western Union

January 2010 $678.73 via Western Union

February 2010 $678.73 via Western Union

March 2010 $678.73 via Western Union

April 2010 $678.73 via Western Union

May 2010 $678.73 via Western Union

June 2010 $678.80 via Western Union

July 2010 $678.90 via Western Union

August 2010 $678.90 via Western Union

September 2010 $678.00 via Western Union (rejected by EMC)

// 31 10'

69857

## TRUSTEE'S NOTICE OF SALE

T.S. No.: OR-09-273009-SH

Reference is made to that certain deed made by, **ELMER V DUNHAM , A MARRIED MAN** as Grantor to **FIRST AMRICAN TITLE INSURANCE COMPANY**, as trustee, in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC.**, as Beneficiary, dated 10/12/2005, recorded 10/13/2005, in official records of **CLACKAMAS** County, Oregon in book/reel/volume No. **xxx** at page No. **xxx** fee/file/instrument/microfile/reception No 2005-101967, covering the following described real property situated in said County and State, to-wit:

APN: 05007631 24E11AC00825
LOT 25, SANDY BLUFF ANNEX, IN THE CITY OF SANDY, COUNTY OF CLACKAMAS AND STATE OF OREGON, TOGETHER WITH AN UNDIVIDED INTEREST IN TRACT "D".

Commonly known as:
15268 PENNY AVENUE
SANDY, OR 97055

Both the beneficiary and the trustee have elected to sell the said real property to satisfy the obligations secured by said trust deed and notice has been recorded pursuant to Section 86.735(3) of Oregon Revised Statutes: the default for which the foreclosure is made is the grantor's:
**Installment of principal and interest plus impounds and advances which became due on 12/1/2008 plus amounts that are due or may become due for the following: late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustees fees, and any attorney fees and court costs arising from or associated with beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.**

Monthly Payment $729.63        Monthly Late Charge $36.48

By this reason of said default the beneficiary has declared all obligations secured by said deed of trust immediately due and payable, said sums being the following, to-wit: The sum of $171,071.25 together with interest thereon at the rate of 5.5000 per annum from 11/1/2008 until paid; plus all accrued late charges thereon; and all trustee's fees, foreclosure costs and any sums advanced by the beneficiary pursuant to the terms of said deed of trust.

Whereof, notice hereby is given that **LSI TITLE COMPANY OF OREGON, LLC**, the undersigned trustee will on 9/8/2010 at the hour of 10:00 am, Standard of Time, as established by section 187.110, Oregon Revised Statues, at the main entrance of Clackamas County Courthouse, 807 Main Street, Oregon City, OR County of CLACKAMAS, State of Oregon, sell at public auction to the highest bidder for cash the interest in the said described real property which the grantor had or had power to convey at the time of the execution by him of the said trust deed, together with any interest which the grantor or his successors in interest acquired after the execution of said trust deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in Section 86.753 of Oregon Revised Statutes has the right to have the foreclosure proceeding dismissed and the trust deed reinstated by payment to the beneficiary of the entire amount then due (other than such portion of said principal as would not then be due had no default occurred), together with the costs, trustee's and attorney's fees and curing any other default complained of in the Notice of Default by tendering the performance required under the obligation or trust deed, at any time prior to five days before the date last set for sale.

For Sale Information Call: 714-573-1965 or Login to: www.priorityposting.com

1

714 573 - 1965

698571

Loan No: 0014366413
T.S. No.: OR-09-273009-SH

## TRUSTEE'S NOTICE OF SALE

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by said trust deed, the words "trustee" and "beneficiary" include their respective successors in interest, if any.

Pursuant to Oregon Law, this sale will not be deemed final until the Trustee's deed has been issued by LSI TITLE COMPANY OF OREGON, LLC. If there are any irregularities discovered within 10 days of the date of this sale, that the trustee will rescind the sale, return the buyer's money and take further action as necessary.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

## NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for 9/8/2010. Unless the lender who is foreclosing on this property is paid, the foreclosure will go through and someone new will own this property.

The following information applies to you only if you occupy and rent this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a residential tenant.

If the foreclosure goes through, the business or individual who buys this property at the foreclosure sale has the right to require you to move out. The buyer must first give you an eviction notice in writing that specifies the date by which you must move out. The buyer may not give you this notice until after the foreclosure sale happens. If you do not leave before the move-out date, the buyer can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

### FEDERAL LAW REQUIRES YOU TO BE NOTIFIED

IF YOU ARE OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING UNDER A LEGITIMATE RENTAL AGREEMENT, FEDERAL LAW REQUIRES THE BUYER TO GIVE YOU A NOTICE IN WRITING A CERTAIN NUMBER OF DAYS BEFORE THE BUYER CAN REQUIRE YOU TO MOVE OUT. THE FEDERAL LAW THAT REQUIRES THE BUYER TO GIVE YOU THIS NOTICE IS EFFECTIVE UNTIL DECEMBER 31, 2012. Under federal law, the buyer must give you at least 90 days' notice in writing before requiring you to move out. If you are renting this property under a fixed-term lease (for example, a six-month or one-

2

698577

year lease), you may stay until the end of your lease term. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 90 days, even if you have a fixed-term lease with more than 90 days left.

## STATE LAW NOTIFICATION REQUIREMENTS

IF THE FEDERAL LAW DOES NOT APPLY, STATE LAW STILL REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING BEFORE REQUIRING YOU TO MOVE OUT IF YOU ARE OCCUPYING AND RENTING THE PROPERTY AS A TENANT IN GOOD FAITH. EVEN IF THE FEDERAL LAW REQUIREMENT IS NO LONGER EFFECTIVE AFTER DECEMBER 31, 2012, THE REQUIREMENT UNDER STATE LAW STILL APPLIES TO YOUR SITUATION. Under state law, if you have a fixed-term lease (for example, a six-month or one-year lease), the buyer must give you at least 60 days' notice in writing before requiring you to move out. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 30 days, even if you have a fixed-term lease with more than 30 days left.

If you are renting under a month-to-month or week-to-week rental agreement, the buyer must give you at least 30 days' notice in writing before requiring you to move out.

IMPORTANT: For the buyer to be required to give you a notice under state law, you must prove to the business or individual who is handling the foreclosure sale that you are occupying and renting this property as a residential dwelling under a legitimate rental agreement. The name and address of the business or individual who is handling the foreclosure sale is shown on this notice under the heading "TRUSTEE". You must mail or deliver your proof not later than 8/9/2010 (30 days before the date first set for the foreclosure sale). Your proof must be in writing and should be a copy of your rental agreement or lease. If you do not have a written rental agreement or lease, you can provide other proof, such as receipts for rent paid.

## ABOUT YOUR SECURITY DEPOSIT

Under state law, you may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

## ABOUT YOUR TENACY AFTER THE FORECLOSURE SALE

The business or individual who buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out. You should contact the buyer to discuss that possibility if you would like to stay. Under state law, if the buyer accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the buyer becomes your new landlord and must maintain the property. Otherwise, the buyer is not your landlord and is not responsible for maintaining the property on your behalf and you must move out by the date the buyer specifies in a notice to you.

3

698577

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS
SOLD TO ANOTHER BUSINESS OR INDIVIDUAL OR UNTIL A COURT OR A LENDER TELLS YOU
OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. AS EXPLAINED ABOVE, YOU
MAY BE ABLE TO APPLY A DEPOSIT OR RENT YOU PREPAID AGAINST YOUR CURRENT RENT
OBLIGATION. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE AND OF ANY NOTICE
YOU GIVE OR RECEIVE CONCERNING THE APPLICATION OF YOUR DEPOSIT OR PREPAID
RENT.

IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR HOME
WITHOUT FIRST GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR
RIGHTS, YOU MAY WISH TO CONSULT A LAWYER. If you believe you need legal assistance,
contact the Oregon State Bar and ask for the lawyer referral service. Contact information
for the Oregon State Bar is included with this notice. If you do not have enough money to
pay a lawyer or are otherwise eligible, you may be able to receive legal assistance for free.
Information about whom to contact for free legal assistance is included with this notice.

Oregon State Bar:  (503) 684-3763; (800) 452-7636
Legal assistance:  www.lawhelp.org/or/index.cfm

Dated: 5/5/2010

LSI TITLE COMPANY OF OREGON, LLC, as trustee
3220 El Camino Real
Irvine, CA 92602

Signature By

Brooke Frank, Assistant Secretary
Quality Loan Service Corp. of Washington as agent for
LSI TITLE COMPANY OF OREGON, LLC
2141 5th Avenue
San Diego, CA 92101
619-645-7711

For Non-Sale Information:
Quality Loan Service Corp. of Washington
2141 5th Avenue
San Diego, CA 92101
619-645-7711
Fax: 619-645-7716

If you have previously been discharged through bankruptcy, you may have been released of personal liability for
this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

4



**Monthly Repayment
Agreement Statement**

Statement Date    07/30/09
Loan Number      0014366413

675-12524-000356-001
ELMER V DUNHAM
4110 SE HAWTHORNE BLVD # 266
PORTLAND OR  97214-5246



Dear Customer:

Our records reflect that your loan is currently serviced under a repayment agreement.
According to the terms of the agreement your next installment is due on 08/15/09 in the amount of
$678.73.

**If the installment is not received, in full, by the due date, the agreement will be breached
(broken) and foreclosure sale could occur immediately.**

If you have any questions or concerns, please contact the Loss Mitigation Department at
1-888-577-4011.

IMPORTANT NOTICE
EMC is writing regarding the collection of your loan, and any information
obtained will be used for that purpose.

Detach and return this coupon with your payment

P.O. Box 293150
Lewisville, TX 75029-3150

ELMER V DUNHAM

If your address has changed, complete the form on the back of the coupon

ll.l.l..llll.l.l.l..ll.lll.ll...ll.ll..lllll..ll.l.ll..lllll..ll

EMC PAYMENT PROCESSING
PO BOX 660753
DALLAS TX 75266-0753
ll..l.l.l...l.l.l.ll..ll.ll..ll.l...l.l.l.l..ll.l.l.l...llll

| Loan Number: | 0014366413 |
|---|---|
| **Repayment Agreement Due Date:** | **08/15/09** |
| **Plan Installment Amount Due:** | **$678.73** |

PROPERTY ADDRESS:  15268 PENNY AVE
                   SANDY OR 97055

17 0014366413 00067873 00000000 00000000 00000000 00000000 00000000 4

# WESTERN UNION

**Customer Receipt / Recibo del Cliente**     8454800965-5

SIGN: GEA 117 SLAV

Account #/Número de cuenta: 000.00 (hartial/parcial)

Amount/Cantidad:       $    700.00
Charge(s)/Cargo(s):
  Service/Servicio:           16.99
Total/Total:           $    716.99

can Western Union help you save up to 20% on your everyday purchases? yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HA ELEGIDO, ESTÁN ESPEDIFICADOS EN EL REVERSO DE ESTA FORMULARIO. AL FIRMARIO, USTED ESTÁ DE ACUERDO CON ESOS TÉRMINOS US CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DÓLARES AMERICANOS POR MONEDA EXTRANJERA. POR FAVOR LEAEL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA

# WESTERN UNION

8454800965-5

WESTERN UNION

SAFEWAY 978
3701 HWY 99
SALEM OR 97301

Sender/Remitente .....
Receiver/Destinatario: F M F ######

Home City/Codigo de la ciudad local:
Account #/Numero de cuenta virtual Financial Partner:
Reference # /Numero de referencia:
Agent/Operador:

```
              Amount/Cantidad:        $   678.25
     MTCN     : Charge(s)/Cargos:
              Service Servicio:           13.50
              Total/Total:           $   651.72
```

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



WESTERN UNION

Customer Receipt / Recibo del Cliente    9/09    www.westernunion.com



MISCELLANEOUS
I UNION
MR OP            inr  km        691
****                            .41
                               con 0
BER OF ITEMS = 0
9/15   1223 23 0074 0130

eway Club  Membership is
Jo'e and Instant

US HEAR FROM YOU!
929 or visit SAFEWAY.COM



Agent Signature /
Firma del Agente _____RBell_____

Customer Signature
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN

# WESTERN UNION

**Customer Receipt / Recibo del Cliente**

www.westernunion.c

*Penny oct 09*

SAFEWAY #430
1455 NORTH EAST DIVISION
GRESHAM OR 97030

Oper ID: 454   Quick Collect
10/15/2009
638P EDT   MTCN: 880-107-8469

Sender/Remitente: ELMER DUNHAM
Receiver/Destinatario: E M C MORTGAGE

Code City/Codigo de la ciudad: EMC TX
Account #/Numero de cuenta: 001436 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Amount/Cantidad:      $   678.50
Charges/Cargos:
Service/Servicio:          12.99
Total/Total:          $   691.49

**Agent Signature /
Firma del Agente**

**Customer Signature /
Firma del Cliente**

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.  SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE  CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



WESTERN

09   FMC   NOV 09

GATEWAY #76~
~~~1 Hwy 26
SANDY OR 97~~~

Agen... Tel... Call... Bank fed src
P ... ... ... ?
... ... ...   ... ... ...

Sender/Remitente: LOMI P DUNHAM
Receiver/Destinatario: E M C MORTGAGE

Code City/George OR  is ciudad: OR~ ~~
Account #/Numero de cuenta: 00~400 (Partial Payment)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 344285912

Payout amount/Cantidad de pago: 676.50 US US Dollar
Exchange Rate/Tipo de cambio:    1.00000000

|  | Amount/Cantidad: | $ | 676.50 |
| WESTERN UNION | Fee(s)/Cargos: | | |
| | Service/Servicio: | | 12.99 |
| | Total/Total: | $ | 6 9.49 |

Debit Card/Tarjeta de Debito:
   Authorization Code    0632041
   Trace Number    632041
Send your next Quick Collect (R) payment to a U.S. biller FEE-FREE.
One discount per transaction—no cash value. Use promo code CQ683-116355975.
Expires 12/31/09. Go to send1get1.com to learn more.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card!
Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up
today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature /
Firma del Agente    Burock

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

SAVE TIME. SAVE MONEY. EARN REWARDS. Just use your Gold Card number
once more to activate your Rewards Card. You will earn phone time
AND Points to redeem for valuable rewards including fee reductions.



© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados

DRCCTSHTB (06/08)

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICAN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO ESTÁN PRESENTADOS AL REVERSO AL FIRMAR ESTE RECIBO, USTED ESTÁ DE ACUERDO CON ESTOS TÉRMINOS Y CONDICIONES.

**WESTERN UNION**

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados

Sender/Remitente: EMC MORTGAGE ELMER ...
Receiver/Destinatario: E M C MORTGAGE

Code City/Código de la ciudad: EMC TX
Account #/Número de cuenta: 143664 (Partial/Parcial)
Reference #/Número de referencia:
Attn/Atención:

Western Union Card Number / Número de Tarjeta

| | |
|---|---|
| Amount/Cantidad: | $ 678.00 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 12.99 |
| Total/Total: | $ 690.99 |

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.



**Customer Receipt / Recibo del Cliente**          www.westernunion.com

Sender/Remitente: E MER DURHAM
Receiver/Destinatario: E M L MURTBAGE

Dest City/Código de la Ciudad: IMC TX
Account #/Número De Cuenta: 001436 (Partial/Parcial)
Reference #/Número de referencia:
Attn/Atención:



Amount/Cantidad:        $    678.75
                              Cargos:
                         ...Servicio:          18.99
                                  ...          $    851.72

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card
feature. Rates as low as 3.9¢/minute within continental U.S. No hidden fees.
Add time with cash at Agent. Call 1-866-5?0-7924 to use a credit/debit card.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card!
Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up
today at mygoldcarddebit.com - No bank account or credit check required.

**Agent Signature /**
**Firma del Agente**

**Customer Signature /**
**Firma del Cliente**

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL

**WESTERN UNION**

Customer Receipt / Recibo del Cliente

www.westernunion.com

4/12/10

SAFEWAY #782
37601 HWY 26
SANDY OR 97055

Oper ID: 135  Quick Collect
04/12/2010
554P EDT    MTCN: 871-343-5338

Sender/Remitente: ELMER V DUNHAM
Receiver/Destinatario: E M C MORTGAGE

Code City/Codigo de la ciudad: EMC TX
Account #/Numero de cuenta: 001436 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta

Amount/Cantidad:        $   678.73
Charge(s)/Cargos:
Service/Servicio:            12.99
Total/Total:            $   691.72

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



**WESTERN UNION**

*June 2010*

# SAFEWAY Ⓢ™

STORE MGR CHRISTINE WEST 503-247-7785
THANK YOU FOR SHOPPING WITH US!

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| MP MO | MONEY ORDER PURCH | 702.00 | |
| MR OP | WESTERN UNION | 702.00 | |
| MR OP | WESTERN UNION | 691.79 | |
| **** | TAX       .00  BAL | 691.79 | |
| MO | CASH | 702.00 | |

          CHANGE                    10.21
            NUMBER OF ITEMS =    0
6/15/10 18:49 1223 23 0152 6785

Join The Safeway Club. Membership is
    Free and Instant.

### YOUR CASHIER TODAY WAS THOMAS

        LET US HEAR FROM YOU!
1-877-723-3929 or visit SAFEWAY.COM



**WESTERN UNION**

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO, AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

# WESTERN UNION ‖

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (06/08)



ustomer Receipt / Recibo del Cliente

www.westernunion.com

July 10

# SAFEWAY ()

STORE MGR CHRISTINE WEST 504 24 2956
THANK YOU FOR SHOPPING WITH US!

### MISCELLANEOUS

OP     WESTERN UNION          69 89
**** TAX        00  BAL     69 89
    CASH                    700 00

    CHANGE                    8.11
        NUMBER OF ITEMS =   0
716/10  08:59  1223 23 0006 0129


Join The Safeway Club  Membersh p is
        free and Instant.

### YOUR CASHIER TODAY WAS TERRI

    LET US HEAR FROM YOU!





**Agent Signature /**
**Firma del Agente**

**Customer Signature /**
**Firma del Cliente**

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN

5055

**Elmer V. Dunham (Smokey)**
15268 Penny Ave.
Sandy, Oregon 97055
503-995-5502

24-7038/3230

Date 11/10/10

Pay to the
order of EMC Mortgage _____ $ 678⁰⁰

Six hundred seventy-eight 90/100 _____ Dollars

**BANK OF AMERICA**
17500 STRAUSS AVE.
SANDY, OREGON 97055

Loan
# 0043606413

For November Pmt 2010

⑆323070380⑆ 0028956101544⑆ 5055

Elmer V Dunham
via power of
attorney 
daughter

ChecaWorks, Inc 1 (800) 971-4723

**Elmer V. Dunham (Smokey)**
15268 Penny Ave.
Sandy, Oregon 97055
503-995-5502

5050

24-7038/3230

October 10, 2010

Pay to the order of _EMC Mortgage_ _____ $ 678⁰⁰

_Six hundred seventy-eight 90/100_ _____ Dollars

**BANK OF AMERICA**
17500 STRAUSS AVE
SANDY, OREGON 97055

_October Pmt_

_Dunham_

_Loan# -0014366413_

⑈323070380⑈ 00289561015411 5050

_daughter signed_
_via power of attorney Miranda_

Blue Clouds

CheckWorks, Inc. 1-(800)-971-4223

**Elmer V. Dunham (Smokey)**
15268 Penny Ave.
Sandy, Oregon 97055
503-995-5502

5046

24-7038/3230

Date 9/29/10

Pay to the order of _GMC Mortgage_ _____ $ 678 90

_Six hundred seventy-eight 90/100_ _____ Dollars

**BANK OF AMERICA**
17500 STRAUSS AVE
SANDY, OREGON 97055

Loon # 0143606413

For _Replacement for September_    Elmer V. Dunham

⑆323070380⑆ 0028956101 54⑈ 5046

CheckWorks 1-800-971-4223



**EMC**
*Mortgage Corporation*

**Monthly Repayment
Agreement Statement**

Statement Date      09/16/09
Loan Number         0014366413

```
        675-33288-000857-001
ELMER V DUNHAM
4110 SE HAWTHORNE BLVD # 266
PORTLAND OR  97214-5246
```

---

Dear Customer:

Our records reflect that your loan is currently serviced under a repayment agreement.
According to the terms of the agreement your next installment is due on 10/15/09 in the amount of
$678.73.

**If the installment is not received, in full, by the due date, the agreement will be breached
(broken) and foreclosure sale could occur immediately.**

If you have any questions or concerns, please contact the Loss Mitigation Department at
1-888-577-4011.

IMPORTANT NOTICE
EMC is writing regarding the collection of your loan, and any information
obtained will be used for that purpose.

---

Detach and return this coupon with your payment

**EMC**
*Mortgage Corporation*

P.O. Box 293150
Lewisville, TX 75029-3150

ELMER V DUNHAM

If your address has changed, complete the form on the back of the coupon

IIIdIdIIIIdIIIdIdIdIdIdIIIdIIdIIdIdIdIIIdIdII

EMC PAYMENT PROCESSING
PO BOX 660753
DALLAS TX 75266-0753
IIdIdIdIIdIdIIdIIdIIdIdIdIdIIdIdIIdIIIdIIdIIII

| Loan Number: | 0014366413 |
|---|---|
| Repayment Agreement Due Date: | 10/15/09 |
| Plan Installment Amount Due: | $678.73 |

PROPERTY ADDRESS:  15268 PENNY AVE
                   SANDY OR 97055

17 0014366413 00067873 00000000 00000000 00000000 00000000 00000000 4



**EMC**
*Mortgage Corporation*

**Monthly Repayment
Agreement Statement**

Statement Date      10/16/09
Loan Number       0014366413

675-44878-000668-001
ELMER V DUNHAM
4110 SE HAWTHORNE BLVD # 266
PORTLAND OR  97214-5246

---

Dear Customer:

Our records reflect that your loan is currently serviced under a repayment agreement.
According to the terms of the agreement your next installment is due on 11/15/09 in the amount of
$678.73.

**If the installment is not received, in full, by the due date, the agreement will be breached
(broken) and foreclosure sale could occur immediately.**

If you have any questions or concerns, please contact the Loss Mitigation Department at
1-888-577-4011.

IMPORTANT NOTICE
EMC is writing regarding the collection of your loan, and any information
obtained will be used for that purpose.

---

Detach and return this coupon with your payment



**EMC**
*Mortgage Corporation*

P.O. Box 293150
Lewisville, TX 75029-3150

ELMER V DUNHAM

If your address has changed, complete the form on the back of the coupon

|ll.l.l..lll.l.ll..lll..l.ll.ll..lll..lll..ll.l.l.ll|

EMC PAYMENT PROCESSING
PO BOX 660753
DALLAS TX  75266-0753
|l..l.l.l.ull.ll..ll.ll.ll..l.ul.l.l..ul.l.l.l..ll..ll|

| Loan Number: | 0014366413 |
|---|---|
| Repayment Agreement Due Date: | 11/15/09 |
| Plan Installment Amount Due: | $678.73 |

PROPERTY ADDRESS:  15268 PENNY AVE
                   SANDY OR 97055

17 0014366413 00067873 00000000 00000000 00000000 00000000 00000000 4


**EMC**
*Mortgage Corporation*

**Monthly Repayment
Agreement Statement**

Statement Date      11/17/09
Loan Number        0014366413

675-45736-000852-001
ELMER V DUNHAM
4110 SE HAWTHORNE BLVD # 266
PORTLAND OR   97214-5246

---

Dear Customer:

Our records reflect that your loan is currently serviced under a repayment agreement.
According to the terms of the agreement your next installment is due on 12/15/09 in the amount of
$678.73.

**If the installment is not received, in full, by the due date, the agreement will be breached
(broken) and foreclosure sale could occur immediately.**

If you have any questions or concerns, please contact the Loss Mitigation Department at
1-888-577-4011.

IMPORTANT NOTICE
EMC is writing regarding the collection of your loan, and any information
obtained will be used for that purpose.

---

Detach and return this coupon with your payment


**EMC**
*Mortgage Corporation*

P.O. Box 293150
Lewisville, TX 75029-3150

ELMER V DUNHAM

If your address has changed, complete the form on the back of the coupon

EMC PAYMENT PROCESSING
PO BOX 660753
DALLAS TX 75266-0753

| Loan Number: | 0014366413 |
|---|---|
| Repayment Agreement Due Date: | 12/15/09 |
| Plan Installment Amount Due: | $678.73 |

PROPERTY ADDRESS:   15268 PENNY AVE
SANDY OR 97055

17 0014366413 00067873 00000000 00000000 00000000 00000000 00000000 4

### In Regards to: Elmer V. Dunham
**4110 SE Hawthorne Blvd. # 266**
**Portland, Oregon 97214**

### ** URGENT **

September 5, 2008

EMC Mortgage Corp
P.O. Box 660753
Dallas, Texas 75266-0753
VIA U.S. Mail
and FAX to: 214-626-4777

      RE: Property Tax Impounds / Loan Restructure

      Loan # 0014366413
      Borrower: Elmer V. Dunham
      Property Address: 15268 Penny Avenue, Sandy, Oregon

Dear EMC:

You are the holder of the above referenced loan. I am the daughter of Elmer V. Dunham (who is 90), and, together with my husband, we are now managing all of his affairs. I have an executed power-of-attorney, if you need a copy for your files. You are being contacted directly due to the abject inability of your various lower-level departments to do anything whatsoever to correct and avoid degradation to a financial situation which could harm both Mr. Dunham, as well as [more importantly to you] your company, EMC.

We recently received an "annual escrow account statement disclosure statement" which, with no prior notice whatsoever, recites that a payment of a staggering increase from $678.72 to $1413.61.

Let this be made perfectly clear:

        1. There is no cash or other liquidatable assets, much less a sum so huge as **$4,775.44**.
        2. There is no possible way to sustain an increase of $734.89.
        3. It is impossible to even contemplate an increase to a monthly payment of **$1,413.61**.*

\* Except for the very wealthy, how many people reading this memo could afford their own house payment or rent to *double* (1413.61 / 678.72) literally overnight ?

The subject loan is a note which is presently "negatively amortizing". You were happy to write thousands of these types of loans when the real estate market was booming, and you were making millions, *hundreds of millions*, of dollars, handing out these mortgages without troubling yourselves to verify whether folks had the financial capacity to pay them, *particularly* when payments jumped up when they hit a certain dollar value, or when property taxes, if they were not impounded, started to rack up.

Mr. Dunham cannot withstand this catastrophic increase; or any increase, at the present time. While there is just barely enough money coming in to make the mortgage payments; there is NO other money at all right now. It must be made clear that we do not seek any waiver or "forgiveness" of

interest or a payment due, much less property tax additions, but there must be an accounting of what has been paid, what will need to be paid, and there simply is no other short-term solution but to have these taxes added to the principal, precisely the same as the excess interest which accrues each month. The payment of $678.72 **cannot** change in the next two years.

It is important to get this arrangement completed, without complexity or delay. We know (and you certainly know much more acutely) that we are not the only ones in dire straits in this country; MANY people and mortgage lenders are similarly struggling. The situation is simple:

> **a relatively minor re-structure of the loan which encapsulates both the excess unpaid interest (which this loan format already incorporates) and the tax amount which has had to be advanced. Later, at the first opportunity where an increase can be sustained, we can commence setting aside impound amounts to be able to pay the property taxes thereafter becoming due.**

The above will result in a FAR more favorable situation not merely for Mr. Dunham (about whom we do not necessarily expect you will care), but it will be IMMENSELY more financially protective to you.

Please contact us right away.


Janice Murdoch and Chuck Barker
weare4peace@peacemail.com
4110 SE Hawthorne Blvd, # 266, Portland, Oregon 97214
Direct Line: 503-307-7784

Office of Thrift Supervision
United States Department of the Treasury
Center for Responsible Lending, 1330 Broadway, Suite 604, Oakland, California 94612

Loan Number 14366413

**CHASE/EMC FULFILLMENT CENTER**
4500 Cherry Creek Dr South Ste 100
Glendale, CO 80246-1531



February 10, 2010

**ELMER V DUNHAM**
**15268 PENNY AVE**
**SANDY, OREGON 97055-0000**

**Loan Modification Status**
Account: **14366413** (the "Loan")
Property Address:     **15268 PENNY AVE**
                                 **SANDY, OREGON 97055-0000**

Dear Mortgagor(s):

EMC Mortgage Corporation ("EMC") is writing in response to your request for a loan modification on the above referenced account. At this time we are in receipt of your documentation and are completing the review of your request. We expect to finalize the review within 30 days.

During this time, you may receive a call from an EMC representative to further clarify or update any items you have submitted.

Please continue to make your trial period payments on time.

We thank you for your patience and assistance during this review period.

If you have any questions, please contact us at the number provided below. At EMC, we value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Homeowner's Assistance Department
EMC Mortgage Corporation
(888) 708-7105

### FEDERAL ECOA NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050.

EMC offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling the HOPE Hotline Number: (888) 995-HOPE. When you call, please ask for "MHA help."

**EMC Mortgage Corporation is attempting to collect a debt, and any information obtained will be used for that purpose.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

**To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.**

**FOR CALIFORNIA CUSTOMERS ONLY:**

- The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.



**EMC**
*Mortgage Corporation*

September 23, 2010

Janice Murdoch
Elmer V. Dunham
15268 Penny Ave
Sandy, OR 97055

Re: Loan ******6413

Dear Ms. Murdoch and Mr. Dunham:

EMC Mortgage Corporation (EMC) is dedicated to providing the highest level of customer service. On behalf of EMC, we appreciate the opportunity to provide you with the following information regarding the servicing of your account.

Our records indicate that your foreclosure sale date has been postponed until January 5, 2011. Please note that your account is contractually past due for the February 1, 2009 payment and subsequent payments. Your request for workout assistance has been referred to our Loss Mitigation Department for review. Additionally, if you wish to discuss other workout options that may be available to you, please contact our Loss Mitigation Department at 1-888-577-4011.

Should you have any further questions regarding this response, you may contact me directly at 1-800-695-7695, extension 2711, Monday through Friday between the hours of 7:30 a.m. and 4:30 p.m. Central Time.

Sincerely,

Luis A. Moreno
Home Lending Executive Office

**800 State Highway 121 Bypass, Lewisville, Texas 75067-4180**
**MAILING ADDRESS: P.O. Box 293150, Lewisville, Texas 75029-3150**

EX001/r060209/LO1


EMC
*Mortgage Corporation*

September 07, 2010                    Re: EMC Loan Number:   0014366413

Elmer V.Dunham
15268 Penny Avenue
Sandy,OR 97055

Ref: Borrower Name:      Elmer V Dunham
     Property Address:   15268 Penny Ave
                         Sandy OR 97055

To Whom It May Concern:

Thank you for your recent inquiry on the above referenced loan.
This will acknowledge receipt of your letter addressed to EMC
Mortgage Corporation.

Please rest assured that a representative of our Executive
Office is currently researching your concerns and will contact
you within 30 business days.

Should you have any further questions, please feel free to
contact our Executive Office Escalation Team at 1-800-695-7695,
extension 7377.

Sincerely,

Executive Office
EMC Mortgage Corporation



2780 Lake Vista Drive, Lewisville, Texas 75067-3884
**Mailing Address**: P.O. Box 292190, Lewisville, Texas 75029-2190

Loan # 14366413
1- 949
☆ 7/2/10        812-3309       Tiffany
                    &           LM
LM's Jose Morales    5am - 9pm
1- 949- 3205           PDLT

Corp office # 1-800-695-7695
underwriter
Lm w/ Jose Morales & Tiffany
that Reinst. approved per conversation
w/ him on c/o that "Approved" on
5/21/10

Issues & md
Candy, OK STRESS

* 10/5/08 madi act via phone w/ Tracy Newman
EMC
1-844-xxx-xxxx

Needs
→ OK stmt                    $90 int only /no neg amt
→ Income verif.             Recast Hazo
$$ Income verif.
Letter - losing info $$ income    hardship

01436674413

LE300

7600 ≈ 575 + 300 = $875

LTV

* Do rent Survey for Neighborhood

check 1-800 # for pmt

S

RCO Richard Sandin X2500

Leeann X41386 property preservation

1-800 695 7695 (x2507)

(1) 8/11/10 4:05pm X2507 Tracy M. - LM

8/11/10 4:09pm X4386 Rory(?)

(2) 8/11/10 4:13pm X2500 not in service X4002 - goes to wait line

.lnc mortgageservicing.com

(3) 8/11/10 Sylvia - 4:17pm X2518 - LM

(4) 1-800-550-5700 dept mail 8/11/10 - 4:24pm Dept asked for supervisor

11/16/07 ← last pmt $1,030.57

9/1/07 $30,467.50

6/1/10

* $171,144.76 outstanding Balance

Transferred to ... asked for supervisor

Wasn't a loan ... decline

11 Happy made final analysis supervisor

8/11/10 5:23pm

c/s

1-800 ... ... ...

EMC - Dlaan servicer ↓ Investor private investment

8/11/10 5:17pm Krista

And has to rotate find out ... ... ... 8

GMTA

* Robert Barkanic

Spoke w/ Lorenitta Robert - Supervisor

1)

2) missing docs

3) ... ... income

... ... collectors

313 546 0000

... ... ...

SIC -

7/5/08 - our letter to Chase reg - double ct pmt etc

10/3/08 our letter to govern't office

10/10/08 our fax to Chase reg copy of govern't letter 4 inquiry

5/5/09
Spoke w/ Ricardo
Curr funds at $678.73 - Western Union
This will suspend the
Monthly Pmts of $678.73

After pmt on 7/15 (per promise) re-submit for stat & hardship ltr
requesting fees waived!

5/13/09- Faxed ALL Documents

6/18/09- called - told to wait another month or 2 before could be
reviewed for perm loan mod.
spoke w/ a christian @ corp's office

7/8/09 - faxed - POA, Fin Smt, Rental Agreemt

7/13/09 called christian 11:45am  she recd fax of 7/8/09 - now fax w/ hdshp bill.
CMA, Bank Stmts, & letter explaining rent
signed 4600-T, SS Award ltr
7/27/09 -LM for Christian     Affidavit - which I did
corp office
8/3/09 - Christian chg depts LM @ x330  (1-800-615-7625)
8/10/09 - Spoke w/ Sylvia   File stopped on pmt arrangement
X9518

9/31/09 Elizabeth
Spoke w/   10/5/09 Sylvia out today  X9518 LM  11:30am
X7377 Tx
corp office
Fax'd   10/6/09- 11:19am  X9518 LM
917 SMG
SG7/   10/31/09 X9518
Last time   spoke w/ c/s said to call back November
BK starts   They want to recv Nov & Dec pmts - Recd Fedex processed ltr
Takes 2 days
to update

01436643

8/13/10  8:37am

1-800-675-7675

X 2507  Tracey Messersig VM
X 2518  Sylvia - "there is no space" will call back

8/13/10  10am  1-800-695-7675
X 2518 - LM

Sylvia  ~~Juarez~~
Here's

*X 2518
1:18 pm Sylvia
forward into regard no Rx costs
to dept.

wants get a  1-800-817-3548
fax #
so she'll receive it (Sylvia - Juarez)

manager to Sylvia says to resub all Documents
w/ new financial #'s

8/13/10 - Quality Loan
12 Tpm
Brittany Logan #1  LM ~?7/24/10
Brittany VP Marilyn #2

Help
we help
you

#  fax

cust pmt
additional
$300 rent

will continue that dept & see what's going on
Reviewing note
in Account
providing payments
consistently since
June of 2009

Remember to say
He has
no Rx drug costs
new  will have
No Medical equip costs
because of VA

She went thru file  looks like
& noted  transferred to different acct
Shows f/c
Sent 7/29
rental agreement
$ 3.0 -

Letter of fin
support up to
$600 /monthly

Brooke - on hold
f/c 7/29

proper service
Supervisor - Mike
Reid will Aust to

Drs testify

47  7/31/09 7:00
    8/15  $ 6787³

8/30
12:5p~
LM

6/17/10  11:30pm
    faxed
    J.S. Rental Agrmnt & new fin stmt

8/18/10  2:17pm
    forward to her manager          denial
                                    letter
    She will                        Submit changes
    be out of                       - which
    the office
    fri a Monday

8/31/10

1 800- 698- 7023
*~~DCAT~~ X2618  Sylvia

LM 11Am
asked about federal
report HAFA

1-806-550-5705  command.   3/31/10
Tammy → hung up to take Sylvia's call   11:06Am

Sylvia called me
8/31/10 - 7:46
be

1150am called back
- Brie - transf loan info supr
provide → has to connect to their supervisor   Disconnected

Sylvia  1151am
(called from S/V -
Loss mgmt.

1205pr.
trand L/M c
1-888 577- 7811
+ David -
scrip. to comm w/ underwriter
- Tiffany is underwriter
Active - 1- 9/19-
Red option   8/2-
Tiffany /#  23789
- UW -

- Problems w/ income
- White note's problem
- Activ.

HAFA auto sent
out by another dept.

$500/mo-

Sylvia
9. 4/5

* once
not in their system
Needs to be in
their system  ↓
→ FAX -
1-866- 2   0353

* Explain
Mailing Address

/ 8/31
1:45pm L/1
(urgent mesg
for UW / Tiffany)

Quality   8/30/10
loan      30 min

1-866 645-7711
          x3704

* 1-877 840-9757              8/30
  Brooke                      140pm
  Nina - Supervisor           - asked for Nina → out Monday/Tues.
                                Not aval

( 1-619-645-7711 - Sale         - asked for Brooke
       x3800    line             Nina's Asst.            - if still in   held
                              * Angelica  Loan            3/4
                                - on hold for Mat ·
                                                          * chose -
  x 5005  ample              * EMC - postpone Sale         been directed
  x 3581 - minds               Request                     w/in 10 days
   3/ 9/3/10                                                of sale date
      Called w/4e
      Spoke w/
      Said would be postponed
      any future sale

   9/3/10
   1-800-555-0405

   1-855-551-4611

*10/ 10*

*10/12/10*

*1-800 (075 7107) ... 2m*
*X 2613 ...*

*1-211-620 7711 ...*
*... LA*

Telephone Numbers
EMC

Telephone #'s

1) 1-800-695-7695

2) 1-866-418-5901

3) 1-866-325-4322

4) 1-800-436-7397

5) 1-800-723-3004

6) 1-888-708-7105

7) 1-949-812-3265 Jose Morales

8) 1-949-812-3209 Tiffany

9) 1-866-564-3526

10) 1-866-475-7329

11) 1-877-362-6631

12) 1-866-550-5705 Loan Mod.

13) 1-888-577-401/ loss mit

14) 1-800-485-0153 Home off.
                    Main office

- EMC -
FAX #'s

1) 1-214-626-3953

2) 1-214-626-4704

3) 1-917-849-3677

4) 1-866-707-4744

5) 1-866-221-1019

6) 1-469-759-4700 (corp TX)

7) 1-214-626-4745

8) 1-214-626-4731 (customer)

9) 1-877-601-3677 4m

10) 1-214-626-4707

11) 1-866-283-5682 s

12) 1-866-220-4130

13) 1-866-221-1019



Quality Loan
Services   Telephone
           Numbers

1-619-645-7711

1-877-880-9754


FAX QLS

1-619-563-5844

11/15/10

faxed
(8 #'s)
8(...) ... 5...8)
9(.9 459 9490

11/15/10
faxed
1-900 ...- 5...0
.... ....-9445
917-319-26/4

Request for Transaction
history statement 05-10

failed
fax #
1-8...
5-11-...
1-909-...
4-4...

11·15·10
          Christian Smith
1-214-        lm  asking for
626-        1050am  # of person
2720              w/ authority
                   to get remed

          105Sam
1-800-      x2518  lm
695-        Sylvia
7695



To The Moon Cabin

11-8-10
                    Christin Smith
1-014-606-0720
-LM-   11:55am

11:56a
1-800-602S - 7072 × 05/?
Sylvia LM

11-9-10  8:54am
    014-606-0720 - Christin
        Aft VM form

10:43am - LM
11:40am- LM
1:00am-LM
3:00am-LM

11-10-10  11:00am
    014-606-0720 LM - Turney

11:30am X3/8 Smith - ☑
1-800-602S- 7072  LM

 **EMC**
*Mortgage Corporation*

**RETURN SERVICE ONLY**
*PLEASE DO NOT SEND*
*MAIL TO THIS ADDRESS*
PO BOX 619063
DALLAS, TX 75261-9063



5-675-47189-0067788-014-1-000-000-000-000

ELMER V DUNHAM
4110 SE HAWTHORNE BLVD # 266
PORTLAND OR  97214-5246

April 14, 2010

Dear ELMER V DUNHAM,

Customer privacy and security have never been more important.  We want you to know what we're doing to protect your privacy and keep your account secure. We have enclosed a copy of our Privacy Notification.  This notification is for all of your accounts with Chase.

This policy describes how we ensure the privacy of your information, including what we may share, and your right to limit the sharing and use of information that we may have about you.  We believe the responsible use of information is an important part of meeting your needs and providing consistent service so we urge you to look carefully at the policy and the choices it offers.  If you have any questions, please contact us at the number noted in the policy.

Thank you for the opportunity to serve your home financing needs.  We value you as a customer and hope you will continue to take full advantage of the range of financial services we offer.

Regards,

*Larry Thode*

Larry Thode
Vice President

*If "Privacy and security have never been more important", why are you sharing my private financial information with Chase Bank, an entity with whom I conduct no business, without my permission?*  (No idea Chase Bank was involved, except for this generic letter)

## Authorization to Disclose Mortgage Information

October 15, 2008

To Whom it may concern,

I, Janice Murdoch have full and complete Power of Attorney for my father
Elmer Vinton Dunham. I authorize my husband Charles M. Barker (Chuck)
to discuss any and all mortgage or financial information concerning my
father's business matters.

Thank in advance for your time and consideration to this matter.

Sincerely,

*Janice Murdoch*

Janice Murdoch
Loan # 0014366413
15368 Penny Ave
Sandy, OR  97055

# **AUTHORIZATION**

September 4, 2010

This Authorization shall designate and appoint John Manning, Attorney at Law, as our representative in all matters, financial, business and personal, for ourselves and our business entities:

> Mortgage Reconstruction Associates
> Charles Barker III
> Janice Murdoch
> Elmer V. Dunham

In particular, the authorization extends specifically to all matters involving the real property located at:

> 15268 Penny Avenue
> Sandy, Oregon 97055

> EMC Mortgage
> Loan Number:14366413

> Quality Loan Service Corp
> Trustees Sale No. OR-09-273009-SH

Chuck Barker
President,
Mortgage Reconstruction Associates

Charles Barker III, Individually

Janice Murdoch

Elmer V. Dunham

Contact Information:
Address:  4110 SE Hawthorne Blvd. #266, Portland, Oregon 97214
email:  mortgagerecon@gmail.com
Telephone: 503-847-6360



**EMC**
*Mortgage Corporation*

December 23, 2010

Elmer Dunham
15268 Penny Ave
Sandy, OR 97055

Re: Loan Number ******6413

**Receipt of Your Issue**

Dear Elmer Dunham:

I am writing in response to your phone call we received on December 22, 2010 about a loan modification.

Your issue is being reviewed and we will work to provide you with a complete and accurate response in a timely manner. EMC Mortgage Company (EMC) appreciates your patience in this matter.

EMC's goal is to provide the highest level of quality service to each of our customers. We appreciate your business and value our relationship with you.

The analyst assigned to your issue is Kurt Brown, who can be reached at (800) 695-7695, extension 3264, Monday through Friday between 7:30 a.m. and 4:30 p.m., Central Time.

Sincerely,

Home Lending Executive Office

**800 State Highway 121 Bypass, Lewisville, Texas 75067-4180**
**MAILING ADDRESS: P.O. Box 293150, Lewisville, Texas 75029-3150**